# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2050

Matthew R. Grant, individually, as Next Friend to C.L.G. and as Next Friend to C.M.G., and on behalf of all others similarly situated and Stop Missouri Corruption, LLC, doing business as www.StopMissouriCorruption.com

Appellants

v.

Bruce F. Hilton, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-01203-JMD)

_____

**ORDER**

Appellant's motion for briefing schedule and amended motion for briefing schedule are hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

July 29, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler